**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

_____

No. 97-41541
Summary Calendar

_____


FRANK A. LUMSDEN; CAROLE KAY LUMSDEN;
STEPHENIE LUMSDEN CABANISS,

Plaintiffs-Appellants,

VERSUS

LIBERTY MUTUAL INSURANCE COMPANY; HELEN HARRIS,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Eastern District of Texas
(2:96-CV-173-WWJ)
_____

September 17, 1998

Before DAVIS, DUHÉ, and PARKER, Circuit Judges.

PER CURIAM:[*]

In this action to enforce an alleged settlement agreement, the district court correctly granted summary judgment in favor of the defendant, Liberty Mutual.

For reasons stated in the district court's August 4, 1997 order, the court correctly determined that the two parties never reached a binding agreement. Additionally, the summary judgment evidence makes it clear that Liberty Mutual was only interested in

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

a total settlement with all potential claimants. Plaintiffs' counsel did not represent one of the potential claimants, Helen Harris, the deceased's mother. After Liberty Mutual identified Mrs. Harris and notified plaintiffs' counsel it wanted a release from her, plaintiff's counsel made no response.

For these reasons and the reasons given by the district court, we affirm the judgment of the district court.

AFFIRMED.